# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**WILLIAM MITCHELL**                                                                                      **PLAINTIFF**
Reg #27512-004

v.                          Case No. 2:19-cv-00074-KGB-JTR

**DEWAYNE HENDRIX**                                                                                     **DEFENDANT**
Warden, FCI-Forrest Low

## ORDER

Before the Court is a Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 23). Plaintiff William Mitchell has not filed a response, and the time to do so has passed. Accordingly, after careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 23). The Court dismisses without prejudice Mr. Mitchell's claims due to a lack of prosecution (Dkt. No. 1). The Court also certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

So ordered this the 22nd day of January, 2021.

_____
Kristine G. Baker
United States District Judge