IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**WILLIAM MITCHELL**  **PLAINTIFF**
**Reg #27512-004**

v.  Case No. 2:19-cv-00074-KGB-JTR

**DEWAYNE HENDRIX**  **DEFENDANT**
**Warden, FCI-Forrest Low**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff William Mitchell's complaint is dismissed without prejudice. The relief requested is denied.

So adjudged this the 22nd day of January, 2021.

_____
Kristine G. Baker
United States District Judge